UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD LAELI,

Defendant.

Case No. 2:20-mj-0937-BNW

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

I understand that I have a right to appear in person in court at the initial arraignment hearing in this case scheduled for October 23, 2020. I have been advised of the nature of this proceeding and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

\_\_\_/s/ Ronald Laeli_____  \_\_\_10/23/20\_\_\_\_\_
Defendant's Signature                    (date)

\_\_\_/s/ Robert O'Brien_____  \_\_\_10/23/20\_\_\_\_\_
Signature of Defendant's Attorney    (date)

\_\_\_Robert O'Brien_____  \_\_\_10/23/20\_\_\_\_\_
Printed Name of Defendant's Attorney

_____
Judge's Signature                          (date)

_____
Judge's Printed Name and Title